LAW OFFICES OF PATRICIA RODRIGUEZ
Patricia Rodriguez
Bar No: 270639
P.O. Box 2904
San Gabriel, CA 91778
Telephone: (818) 613-0109
Email: rpatrici@temple.edu

Attorney for Plaintiff
Skandapriya Ganesan

LAW OFFICES OF PATRICIA RODRIGUEZ
Post Office Box 2904
San Gabriel California, 91778

UNITED STATES DISTRICT COURT, N.D. CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SKANDAPRIYA GANESAN, <br><br> PLAINTIFF, <br><br> vs. <br><br> GMAC MORTGAGE, LLC; ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AKA MERS, WELLS FARGO BANK, N.A. AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-10; AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No.: CV11 0046 SBA <br><br> *Assigned for All Purposes to*: Hon. Saundra Brown Armstrong <br><br> **NOTICE OF ERRATA RE: PLAINTIFF'S PREVIOUSLY SERVED AND FILED AMENDED COMPLAINT** <br><br><br><br> **Amended Complaint Filed**: February 14, 2011 |

TO THIS HONORABLE COURT, DEFENDANTS AND THEIR RESPECTIVE

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the previously served and filed: Amended Complaint

contained an error in that the pleading was not properly executed by Plaintiff's attorney.

A corrected and final signature page is attached hereto as Exhibit "A."

///

///

- 1 -

NOTICE OF ERRATA
Case No.: CV11 0046 SBA

1    ///

2    ///

3    ///

4

5    DATED: February 17, 2011                    LAW OFFICES OF PATRICIA RODRIGUEZ

6

7                                                By: _____

8                                                     Patricia Rodriguez, Esq.
                                                      Attorney for Plaintiff
9                                                     Skandapriya Ganesan

LAW OFFICES OF PATRICIA RODRIGUEZ
Post Office Box 2904
San Gabriel California, 91778

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF ERRATA
Case No.: CV11 0046 SBA