# EXHIBIT A

1  ///

2  ///

3  ///

4

5

6  Dated: 2/17/11

7

8  For 2/14/11

9

           LAW OFFICES OF PATRICIA RODRIGUEZ

           By: _____
           Patricia Rodriguez, Esq.
           P.O. Box 2904
           San Gabriel, CA 91778
           Telephone: (818) 613-0109
           Fax: (323) 461-7391

           Attorney for Plaintiff
           SKANDAPRIYA GANESAN

28

1st AMENDED COMPLAINT: 1. LACK OF STANDING; 2. WAIVER; 3. VIOLATIONS OF B&P CODE §17200 and CA PENAL CODE §115.5 (FRAUDULENTLY PROCURED DOCUMENTS); and 4. VIOLATIONS OF B&P CODE §17200 (FAIRNESS DOCTRINE)
Case No.: CV11 0046 SAB